| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Marvel, L Paige | United States Tax Court | 12/03/2015 |

| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

UNITED STATES TAX COURT
400 SECOND STREET, N.W.
WASHINGTON, D.C. 20217

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Partnership #1 |
| 2. | Custodian | 529 Acct. #4 |
| 3. | Trustee | REH Irrevocable Trust |
| 4. | Trustee | LHH Revocable Trust |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Maryland State Retirement Agency distribution (457 Plan) |
| 2. | 2014 | Maryland Teachers and State Employees distribution |
| 3. | 2014 | Fidelity Rollover IRA distribution |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 12/10/14 - 12/12/14 | Las Vegas, NV | To speak at ABA Tax Section's Natl. Institute on Criminal Tax Fraud & Tax Controversy | Flight, Taxi, Lodging, Meals & Incidentals |
| 2. | University of Houston Law Foundation | 01/23/14 - 01/25/14 | Houston, TX | To judge Moot Court National Championship | Flight, Taxi, Lodging, Meals & Incidentals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 12/03/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Aspen Publishers | Complimentary copy, Mergers, Acquisitions & Buyouts, and update for prof. use | $600.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Washington University in St. Louis | Tuition Payment Plan Loan | K |
| 2. | U.S. Dept. of Education | Student Loans | J |
| 3. | Washington University in St. Louis | Student Loans | J |
| 4. | Emory University | Student Loans | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 33% pship. interest, Margaret's Landing Partnership | | None | K | W | | | | | |
| 2. USAA Subscribers Savings Account | B | Distribution | J | T | | | | | |
| 3. USAA Fed. Savings Bank Accts. #1 | A | Interest | J | T | | | | | |
| 4. USAA Fed. Savings Bank Accts. #2 | A | Interest | J | T | | | | | |
| 5. M&T Bank accts. #1 | A | Interest | J | T | | | | | |
| 6. M&T Bank accts. #2 | A | Interest | J | T | | | | | |
| 7. T. Rowe Price Acct. (H): | | | | | | | | | |
| 8. -Growth Stock Fund | D | Distribution | L | T | | | | | |
| 9. -Maryland Bond Fund | A | Dividend | J | T | | | | | |
| 10. RBC Brokerage Acct. (H): | | | | | | | | | |
| 11. -Shares, AT&T Inc. | A | Dividend | J | T | | | | | |
| 12. -Common, Bristol Myers Squibb Co. | A | Dividend | K | T | | | | | |
| 13. -Common, Centerpoint Energy Inc. (X) | A | Dividend | J | T | | | | | |
| 14. -Shares, Covidien PLC | A | Dividend | K | T | | | | | |
| 15. -Common, Exxon Mobil Corp | C | Dividend | L | T | | | | | |
| 16. -Common, Fresenius Med Care Aktiengesellschaft ADR | A | Dividend | K | T | | | | | |
| 17. -Common, General Electric Co. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Shares, Mallinckrodt PLC | | None | J | T | | | | | |
| 19. -Shares, Pentair PLC (name change) | A | Dividend | J | T | | | | | |
| 20. -Common, Pfizer Inc. | A | Dividend | J | T | | | | | |
| 21. -Shares, PNC Financial Services Group, Inc. | A | Dividend | J | T | | | | | |
| 22. -Shares, TE Connectivity Ltd. | A | Dividend | K | T | | | | | |
| 23. -Shares, Tyco Intl PLC (name change) | A | Dividend | J | T | | | | | |
| 24. -Shares, UDR Inc. | B | Dividend | K | T | | | | | |
| 25. -Shares, Verizon Communications | A | Dividend | J | T | | | | | |
| 26. -Shares, U.S. Govt. Money Mkt. Fund RBC Reserve Class | A | Dividend | J | T | Sold (part) | 01/02/14 | J | | |
| 27. | | | | | Sold (part) | 02/15/14 | J | | |
| 28. | | | | | Sold (part) | 02/24/14 | J | | |
| 29. | | | | | Sold (part) | 03/18/14 | J | | |
| 30. | | | | | Sold (part) | 04/25/14 | J | | |
| 31. | | | | | Sold (part) | 05/16/14 | J | | |
| 32. | | | | | Sold (part) | 05/21/14 | J | | |
| 33. | | | | | Sold (part) | 06/23/14 | J | | |
| 34. | | | | | Sold (part) | 07/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 07/22/14 | J | | |
| 36. | | | | | Sold (part) | 07/14/14 | J | | |
| 37. | | | | | Sold (part) | 07/19/14 | J | | |
| 38. | | | | | Sold (part) | 08/12/14 | J | | |
| 39. | | | | | Sold (part) | 09/25/14 | J | | |
| 40. | | | | | Sold (part) | 10/24/14 | J | | |
| 41. | | | | | Sold (part) | 11/21/14 | J | | |
| 42. | | | | | Sold (part) | 12/20/14 | J | | |
| 43. | | | | | Sold (part) | 03/27/14 | J | | |
| 44. | | | | | Sold (part) | 04/04/14 | J | | |
| 45. | | | | | Sold (part) | 12/24/14 | J | | |
| 46. Fidelity Brokerage Rollover IRA (H): | | | | | | | | | |
| 47. -Fidelity New Markets Income | C | Dividend | K | T | | | | | |
| 48. -Spartan 500 Index | C | Dividend | L | T | | | | | |
| 49. -Fidelity Strategic Real Return | A | Dividend | J | T | | | | | |
| 50. -Fidelity Contrafund | D | Dividend | M | T | | | | | |
| 51. -Fidelity Equity-Income | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Marvel, L Paige | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Fidelity GNMA Fund | A | Dividend | K | T | | | | | |
| 53. -Fidelity Government Income | A | Distribution | J | T | | | | | |
| 54. -Fidelity New Millenium | B | Dividend | K | T | Buy | 04/17/14 | K | | |
| 55. -Fidelity Low-Priced Stock | C | Dividend | M | T | Sold (part) | 04/17/14 | K | D | |
| 56. -Fidelity Select Biotechnology | D | Dividend | L | T | Sold (part) | 03/27/14 | J | C | |
| 57. -Fairholme Fund | B | Dividend | K | T | | | | | |
| 58. -Oakmark Select I | B | Dividend | K | T | | | | | |
| 59. -Loomis Sayles Bond Retail Shares | B | Dividend | K | T | Buy (add'l) | 04/03/14 | J | | |
| 60. -Pimco Real Return Class D | A | Dividend | J | T | Sold (part) | 04/03/14 | J | A | |
| 61. -Permanent Portfolio | B | Dividend | J | T | | | | | |
| 62. -Vanguard Inflation Protected Secs. | A | Dividend | K | T | | | | | |
| 63. -Wasatch Ultra Growth | A | Dividend | J | T | | | | | |
| 64. -Wasatch International Growth | B | Dividend | K | T | | | | | |
| 65. -Shares, Seaspan Corp. | A | Dividend | J | T | | | | | |
| 66. -Shares, Berkshire Hathaway Inc. Cl B | | None | K | T | | | | | |
| 67. -CPFL Energia S A Sponsored ADR | A | Dividend | J | T | | | | | |
| 68. -Shares, Dendreon Corp. | | None | | | Buy (add'l) | 03/27/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 08/15/14 | J | | |
| 70. -Shares, EMC Corp. | A | Dividend | J | T | | | | | |
| 71. -Shares, First Tr ISE Chindia Index FD | A | Dividend | J | T | | | | | |
| 72. -Shares, Goldman Sachs Group Inc. | A | Dividend | K | T | | | | | |
| 73. -Shares, Greenhaven Continuous Commodity Index Fund | | None | J | T | | | | | |
| 74. -ISHARES INC. MSSCI Bric Index Fund | A | Dividend | J | T | | | | | |
| 75. -ISHARES INC. MSCI Singapore Index FD | A | Dividend | J | T | | | | | |
| 76. -ISHARES INC. MSCI Malaysia Free Index FD | A | Dividend | J | T | | | | | |
| 77. -JPMorgan Chase & Co. Alerian MLP Index ETN | A | Interest | J | T | | | | | |
| 78. -Common, Lundin Mng Corp. | A | Dividend | J | T | | | | | |
| 79. -Shares, Potash Corp Sask Inc. | A | Dividend | J | T | | | | | |
| 80. -Shares, Vale S A ADR | A | Dividend | J | T | | | | | |
| 81. -Shares, Wisdomtree Emerg. Mkts Equity Income Fund | A | Dividend | J | T | | | | | |
| 82. -Shares, Federal Realty Invst Tr. Sh. Ben. Int. | A | Dividend | J | T | | | | | |
| 83. -Shares, Kimco Realty Corp. | A | Dividend | J | T | | | | | |
| 84. -Fidelity Cash Reserves | A | Dividend | J | T | Buy (add'l) | 03/28/14 | J | | |
| 85. | | | | | Buy (add'l) | 04/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 04/04/14 | J | | |
| 87. T.RowePrice Rollover IRA (H): | | | | | | | | | |
| 88. -T. Rowe Price Capital Appreciation | D | Dividend | L | T | | | | | |
| 89. -Rowe Price Emerging Markets Stock | A | Dividend | K | T | | | | | |
| 90. -Rowe Price Equity Income | D | Dividend | M | T | | | | | |
| 91. -Rowe Price Equity Index 500 | B | Dividend | L | T | | | | | |
| 92. -Rowe Price Health Sciences | D | Distribution | L | T | | | | | |
| 93. -Rowe Price International Discovery | C | Dividend | L | T | | | | | |
| 94. -Rowe Price Latin America | C | Dividend | K | T | | | | | |
| 95. -Rowe Price Mid-Cap Value | B | Dividend | K | T | | | | | |
| 96. -Rowe Price New Asia | B | Dividend | K | T | | | | | |
| 97. -Rowe Price New Horizons | B | Distribution | K | T | | | | | |
| 98. -Rowe Price Science & Technology | A | Distribution | J | T | | | | | |
| 99. -Rowe Price Small-Cap Value | C | Dividend | K | T | | | | | |
| 100. - Rowe Price Emerging Markets Bond | B | Dividend | K | T | | | | | |
| 101. -Rowe GNMA | A | Dividend | J | T | | | | | |
| 102. -Rowe High Yield | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Rowe US Treasury Intermediate | A | Dividend | K | T | | | | | |
| 104. Fidelity Traditional IRA Acct. (H): | | | | | | | | | |
| 105. -Shares, CNOOC Limited ADS EACH REP 100 ORD HKDO 02 | A | Dividend | J | T | | | | | |
| 106. -Common, Berkshire Hathaway | | None | L | T | | | | | |
| 107. -Shares, Seaspan Corporation | A | Dividend | J | T | | | | | |
| 108. -Common, Vaalco Energy Inc. | | None | J | T | | | | | |
| 109. -Dreyfus Opportunisti Midcap Value CL A Fund | B | Distribution | K | T | | | | | |
| 110. -Teton Westwood Mighty Mites FD | A | Distribution | K | T | | | | | |
| 111. RBC IRA Acct. (H): | | | | | | | | | |
| 112. -Ishares Tr Nasdaq Biotech Index Fund | A | Dividend | J | T | | | | | |
| 113. -Powershares QQQ Trust Unit Ser. 1 | A | Dividend | J | T | | | | | |
| 114. MD State Retirement Plan - Sec. 457(b) Acct. (H): | | | | | | | | | |
| 115. -Shares, Euro Pacific Growth Fund A | A | Dividend | J | T | | | | | |
| 116. -Shares, Investment Contract Pool | A | Dividend | | | Sold | 06/20/14 | J | | |
| 117. -Shares, PIMCO Total Return Fund | B | Dividend | K | T | | | | | |
| 118. -Shares, Vanguard Instl. Index Fund | B | Dividend | J | T | | | | | |
| 119. IRA Accts. - American Century (H): | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Equity Income Stock Fund | B | Dividend | K | T | | | | | |
| 121. -Emerging Markets Stock Fund | A | Dividend | K | T | | | | | |
| 122. -CMG Focus Fund | A | Dividend | J | T | | | | | |
| 123. IRA Acct. - Greenspring Fund, Inc. | A | Dividend | K | T | | | | | |
| 124. SEP Acct. - Greenspring Fund, Inc. | B | Dividend | K | T | | | | | |
| 125. RBC Roth IRA (H): | | | | | | | | | |
| 126. -Shares, Nationwide Mut Fds New Highmark Value FD (renamed) | B | Dividend | J | T | | | | | |
| 127. Vanguard Rollover IRA (H): | | | | | | | | | |
| 128. -Shares, Convertible Securities | B | Dividend | K | T | | | | | |
| 129. -Shares, Dividend Growth Fund | B | Dividend | K | T | | | | | |
| 130. -Shares, Wellesley Income Fund | B | Dividend | K | T | | | | | |
| 131. RBC Joint Brokerage Acct. (H): | | | | | | | | | |
| 132. -Common, Apple, Inc. | A | Dividend | K | T | | | | | |
| 133. -Common, Walt Disney Co. | A | Dividend | K | T | | | | | |
| 134. -US Govt. Money Market Fund RBC Reserve Class | A | Dividend | J | T | | | | | |
| 135. USAA Investment Acct. (H): | | | | | | | | | |
| 136. -USAA Cornerstone Moderate Fund (formerly Balanced Str.) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -USAA Value Fund | A | Dividend | J | T | | | | | |
| 138. RBC IRA/A Acct. (H): | | | | | | | | | |
| 139. -Shares, Advent Claymore Conv Sec & Income Fund | B | Dividend | K | T | | | | | |
| 140. -Shares, Alps ETF Tr Alerian MLP | B | Dividend | K | T | | | | | |
| 141. -Common, Amgen Inc. | A | Dividend | K | T | | | | | |
| 142. -Shares, BCE Inc. New | B | Dividend | K | T | | | | | |
| 143. -Shares, Blackrock Global Energy and Resources Trust | B | Dividend | K | T | | | | | |
| 144. -Common, Caterpillar Inc. | B | Dividend | K | T | | | | | |
| 145. -Note, Citigroup Inc. 6.875% SER K DEP SHS REPSTG 1/1000TH INT | A | Int./Div. | K | T | Buy | 09/11/14 | K | | |
| 146. -Shares, Compass Diversified Trust | C | Distribution | K | T | | | | | |
| 147. -Shares, Cushing Renaissance Fund | B | Dividend | K | T | | | | | |
| 148. -Shares, Cushing Royalty & Income Fund | C | Dividend | J | T | | | | | |
| 149. -Shares, Eaton Vance Tax Advantaged Dividend Income Fund | B | Dividend | K | T | | | | | |
| 150. -Shares, Frontier Communications Corp Ser B | A | Dividend | J | T | | | | | |
| 151. -Common, Gasco Energy Inc. | | None | | | Sold | 07/01/14 | J | | |
| 152. -Notes, General Electric Cap Corp., Due 5/13/14, 5.9% | A | Interest | | | Redeemed | 05/13/14 | J | | |
| 153. -Common, General Electric Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Shares, Goldman Sachs Group Inc. Dep Shs Repstg 1/1000 Pfd Ser D | B | Dividend | | | Sold | 09/11/14 | K | | |
| 155. -Shares, IShares International Select Dividend ETF | B | Dividend | K | T | Buy | 03/21/14 | K | | |
| 156. Shares, Kinder Morgan Inc. | | None | K | T | Open | 12/20/14 | K | | |
| 157. -LP Unit, Kinder Morgan Energy Partners LP | B | Distribution | | | Merged (with line 156) | 12/20/14 | K | | |
| 158. -Note, Lowes Cos. Inc., Due 9/15/17, 6.1% | A | Interest | K | T | | | | | |
| 159. -Shares, MFS Value Fund A | B | Dividend | K | T | Buy (add'l) | 12/12/14 | J | | |
| 160. -Common, Microsoft Corp. | A | Dividend | J | T | | | | | |
| 161. -Shares, Novartis A G ADR | A | Dividend | K | T | | | | | |
| 162. -Common, Pepsico Incorporated | A | Dividend | K | T | | | | | |
| 163. -Common, Sysco Corporation | A | Dividend | J | T | | | | | |
| 164. -Common, Under Armour Inc. CL A | | None | J | T | Buy | 09/11/14 | J | | |
| 165. -Shares, Vanguard Intl. Eq. Index FDS Emerg. Markets Fund | A | Dividend | K | T | | | | | |
| 166. -Shares, Vanguard Sector Index FDS - Vanguard Industrials ETF | A | Dividend | K | T | Buy | 09/11/14 | K | | |
| 167. -Shares, Vanguard Sect.Index FDS Information Technology ETF | A | Dividend | K | T | | | | | |
| 168. -Common, Verizon Communications | A | Dividend | J | T | | | | | |
| 169. -Shares Victory Portfolios Munder Growth Opportunities FD C | A | Distribution | J | T | | | | | |
| 170. -Shares, US Govt. Money Market Fund (RBC) | A | Distribution | K | T | Buy (add'l) | 03/21/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Redeemed (part) | 03/26/14 | K | | |
| 172. | | | | | Redeemed (part) | 09/16/14 | K | | |
| 173. | | | | | Buy (add'l) | 09/24/14 | J | | |
| 174. | | | | | Buy (add'l) | 12/03/14 | J | | |
| 175. | | | | | Buy (add'l) | 12/24/14 | J | | |
| 176. | | | | | Buy (add'l) | 12/26/14 | J | | |
| 177. RBC IRA/B Acct. (H): | | | | | | | | | |
| 178. -Common, AT&T Inc. | B | Dividend | K | T | | | | | |
| 179. -Shares, Blackrock Resources & Commodities Strategy Trust | A | Dividend | J | T | Open | 12/09/14 | J | | |
| 180. -Shares, Blackrock Ecosolutions Investment Trust | A | Dividend | | | Merged (with line 179) | 12/09/14 | J | | |
| 181. -Common, Bristol Meyers Squibb Co. | A | Dividend | K | T | | | | | |
| 182. -Common, Callaway Golf Co. | A | Dividend | J | T | | | | | |
| 183. -Shares, Cohen & Steers Infrastructure Fund Inc. | B | Dividend | K | T | | | | | |
| 184. -Common, ConocoPhillips | A | Dividend | | | Sold | 09/11/14 | K | D | |
| 185. -Common, Eli Lilly & Co. | A | Dividend | K | T | | | | | |
| 186. -Shares, Gabelli Dividend & Inc Trust | B | Dividend | K | T | Distributed (part) | 06/24/14 | J | | |
| 187. Shares, Gabelli Global Small & Mid Cap Value Tr Com | | None | J | T | Open | 06/24/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Common, General Mills, Inc. | A | Dividend | K | T | | | | | |
| 189. -Common, Gladstone Commercial Corporation | B | Dividend | K | T | | | | | |
| 190. -Common, Johnson & Johnson | A | Dividend | K | T | | | | | |
| 191. -Common, Kinder Morgan Inc. | A | Dividend | K | T | Buy | 09/11/14 | K | | |
| 192. -Shares, Pembina Pipeline Corp. | A | Distribution | K | T | | | | | |
| 193. -Shares, Pimco Dynamic Income Fund | C | Dividend | K | T | | | | | |
| 194. -Shares, Vanguard World Funds- Vanguard Health Care ETF | A | Dividend | L | T | | | | | |
| 195. -Shares Victory Portfolios Munder Growth Opportunities A | | None | J | T | | | | | |
| 196. -Shares, US Govt. Money Market Fund RBC Reserve Class | A | Dividend | K | T | Buy (add'l) | 01/21/14 | J | | |
| 197. | | | | | Buy (add'l) | 06/23/14 | J | | |
| 198. | | | | | Buy (add'l) | 09/16/14 | J | | |
| 199. Rollover IRA - USAA FSB (H): | | | | | | | | | |
| 200. -Shares, USAA Value Fund | A | Dividend | J | T | | | | | |
| 201. Vanguard Investment Acct. (H): | | | | | | | | | |
| 202. -Shares, Vanguard Energy Fund | | None | | | Buy | 06/30/14 | J | | |
| 203. | | | | | Sold (part) | 09/18/14 | J | | |
| 204. | | | | | Sold | 09/18/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -Shares, Inflation-Protect Sec Inv. | A | Dividend | J | T | Buy | 06/30/14 | J | | |
| 206.  -Shares, Balanced Index Fund | A | Dividend | K | T | Buy | 06/30/14 | J | | |
| 207. | | | | | Buy (add'l) | 09/18/14 | J | | |
| 208. | | | | | Buy (add'l) | 12/05/14 | J | | |
| 209.  -Shares, Total Intl Stock | A | Dividend | | | Buy | 06/30/14 | J | | |
| 210. | | | | | Sold (part) | 09/18/14 | J | | |
| 211. | | | | | Sold | 09/18/14 | J | | |
| 212.  -Shares, Small-Cap Value Fund | A | Dividend | J | T | Buy | 06/30/14 | J | | |
| 213.  -Shares, U.S. Growth Fund | B | Distribution | K | T | Buy | 07/02/14 | J | | |
| 214. | | | | | Buy (add'l) | 09/18/14 | J | | |
| 215. | | | | | Buy (add'l) | 12/05/14 | J | | |
| 216.  ▢ 1 RBC Acct. (H): | | | | | | | | | |
| 217.  -Shares, Berkshire Hathaway CL B Inc. | | None | K | T | | | | | |
| 218.  ▢ 2 RBC Acct. (H): | | | | | | | | | |
| 219.  -Shares, Berkshire Hathaway CL B Inc. | | None | K | T | | | | | |
| 220.  529 Acct. - Vanguard ▢ Income Fund | A | Dividend | J | T | | | | | |
| 221.  REH Irrevocable Trust (H): | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Fidelity Inherited IRA (H): | | | | | | | | | |
| 223. --Shares, Spartan US Bond Index Fund (corrected name) | A | Dividend | | | Sold | 12/17/14 | K | D | |
| 224. --Shares, Fidelity Focused Stock Fund | B | Dividend | J | T | Sold (part) | 12/17/14 | J | A | |
| 225. --Shares, Fidelity Low Priced Stock Fund | C | Dividend | L | T | | | | | |
| 226. --Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 227. -Promissory Note from Vicki A. Marvel, 6% | A | Interest | L | T | | | | | |
| 228. -M&T Money Market Acct. | A | Interest | M | T | | | | | |
| 229. LHH Revocable Trust (H):: | | | | | | | | | |
| 230. -Fidelity Roth IRA (H): | | | | | | | | | |
| 231. --Shares, Fidelity Contrafund | A | Distribution | K | T | | | | | |
| 232. --Share, Fidelity Focused Stock Fund | A | Dividend | J | T | Buy | 01/13/14 | J | | |
| 233. --Shares, Fidelity Interm. Govt. Income | A | Dividend | | | Sold | 01/13/14 | J | A | |
| 234. --Shares, Fidelity Select Biotechnology | A | Dividend | J | T | | | | | |
| 235. -M&T Money Market Acct. | A | Interest | M | T | | | | | |
| 236. -TIC Fidelity Trust Acct (H).: | | | | | | | | | |
| 237. --Shares, Fidelity Municipal Inc. | B | Dividend | K | T | | | | | |
| 238. --Shares, Fidelity Government Income | A | Dividend | J | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  --Shares, Fidelity Intermediate Muni Income | A | Dividend | J | T | | | | | |
| 240.  --Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 241.  -Bank of Oklahoma (BOO) Checking Acct. | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 12/03/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

2014 Report, Part III-A. During 2014, I was awaiting final Senate action on my nomination for a second term on the U.S. Tax Court. Because my original term had already expired, I was serving in the capacity of "senior judge" and my compensation was treated as retirement pay. I have not listed the compensation paid to me as retirement pay because the instructions do not appear to require it. I was ultimately confirmed by the U.S. Senate and I took the oath of office for my second term in December 2014, at which time I became an active (non-retired status) judge.

2014 Report, Part VI. The liabilities listed in Part VI of prior year reports are student loans and deferred tuition obligations that are technically liabilities of ████ ████ Because ████████ did not qualify as ████████████████ for 2014 within the meaning of IRC section 152, I have omitted those liabilities from the 2014 Report.

2014 Report, Part VII; 2014 Amended Report; 2013 Amended Report, lines 200-209: Because neither of ████████ qualified as ████████████ within the meaning of IRC section 152 for 2014 and we did not claim dependency exemptions for them, I have deleted their assets from this report. The assets in question were included in my 2013 Amended Report at lines 200-209.

2014 Report, Part VII. For investments that generated both dividend and capital gain income during 2014, I have aggregated the amounts on the appropriate income lines and described the income as "dividends". For investments that generated only capital gain income, I have described the income as "distribution". paid both dividends and capital gains, I have aggregated the amounts on the appropriate income lines and described the income as "dividends". For investments that paid only capital gains, I have described the income as "distribution".

2014 Report, Part VII. During 2014, any investment previously described as Munder Growth Opportunities Fund C is now described as "Victory Portfolios Munder Growth Opportunities FD C". The funds were "exchanged" according to the monthly report but it appears to be a change in name only.

2014 Report, Part VII, lines 5 and 6. Both ████████ and I have accounts at this bank that I aggregated in filing previous reports. Because the instructions require a different aggregation, I have reported the bank accounts of each person on separate lines in the 2014 Report.

2014 Report, Part VII, lines 186 and 187: The new fund investment was spun off from the older listing during 2014.

2014 Report, Part VII, lines 216-219: These custodial accounts belong to ████████ but are listed because they have not yet been transferred out of the custodial accounts into accounts in their names.

2014 Report, Part VII, line 220: The only 529 account that is reportable for 2014 is listed on line 220. The 2013 Amended Report included other 529 accounts at lines 210-213 but those accounts did not meet the reporting requirements for 2013 and 2014, and are excluded on this report.

2014 Report, Part VII, line 225, 2014 Amended Report, line 225, and 2013 Amended Report (no comparable listing): In this Amended Report, I have kept line 225 as originally reported. It appears that I accidentally omitted that item from my 2013 Amended Report (I believe it was reported on my 2012 Reports but I have not checked them). Please consider this an amendment to my 2013 Reports because the investment listed at line 225 of both my original 2014 Report and my 2014 Amended Report existed in 2013 and should have been disclosed.

2014 Amended Report, Part VII, line 240: In accordance with your letter dated November 4, 2015, this line item has been amended to include the information in Column C.

2014 Amended Report, Part VII; 2013 Amended Report, lines 227 and 228: The investments listed on my 2013 Amended Report at lines 227 and 228 were sold during 2013 but I mistakenly failed to report the sales. Item 227 was sold on June 26, 2013; the codes for part D are (1) Sold; (2) 06/26/2013, (3) L, (4) D. Item 228 was sold on June 27, 2015; the codes for part D are (1) Sold, (2) 06/27/13, (3) K, and (4) no entry as it was sold at a loss. The proceeds of these sales were used to purchase the assets listed on my 2013 and 2014 Amended Reports as Fidelity Focused Stock Fund and Fidelity Low Priced Stock Fund.

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 12/03/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ L Paige Marvel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544